UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Shawn Poirier, | : |
| Plaintiff, | : |
| v. | : Case No. 3:15-cv-30139 |
| Comenity LLC d/b/a Comenity Bank, | : |
| Defendant. | : |

## COMPLAINT

Plaintiff, Shawn Poirier ("Plaintiff"), through his attorneys, Shaevel & Krems, LLP, alleges the following against Defendant, Comenity LLC d/b/a Comenity Bank ("Defendant"):

### INTRODUCTION

1. This action is brought by Plaintiff pursuant to the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331 and 47 U.S.C. § 227.

3. Venue is proper pursuant before this Court pursuant to 28 U.S.C. § 1391(b)(2) as the acts and transactions giving rise to this action occurred in this district as Plaintiff resides in this district and Defendant transactions business in this district.

### PARTIES

4. Plaintiff is a natural person residing in Hampden County in Feeding Hills,

Massachusetts.

5. Defendant is a business entity incorporated in Delaware with headquarters in Columbus, Ohio.

6. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

7. In 2014, Defendant began placing calls to (413) 896-44xx, Plaintiff's cellular telephone.

8. Defendant called Plaintiff's cell phone from telephone numbers (913) 312-5184.

9. Upon information and good faith belief, based on the frequency, number, nature and character of these calls, Defendant placed them by using an automatic telephone dialing system.

10. These calls were to attempt to collect an alleged debt.

11. These calls were for non-emergency purposes.

12. On January 12, 2015, at 8:05 a.m., Plaintiff received a call from Defendant and instructed Defendant to stop calling him.

13. Plaintiff revoked any consent, express or otherwise, for Defendant to use an automatic telephone dialing system to call his cell phone.

14. Defendant continued to use an automatic telephone dialing system to call Plaintiff's cell phone.

15. Between January 13 and March 13, 2015, Defendant used an automatic telephone dialing system to call Plaintiff's cellular telephone at least one hundred forty-four (144) times.

16. Defendant used an automatic telephone dialing system to call Plaintiff's cell phone multiple times per day.

17. Defendant used an automatic telephone dialing system to call Plaintiff's cell phone up to five (5) times in a single day.

18. Defendant willfully and voluntarily used an automatic telephone dialing system to place these calls.

19. Defendant intended to use an automatic telephone dialing system to place these calls.

20. Defendant did not have Plaintiff's express consent to use an automatic telephone dialing system to place these calls.

## COUNT I
## TELEPHONE CONSUMER PROTECTION ACT

21. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

22. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violations of the TCPA, entitling Plaintiff to an award of $1,500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, Shawn Poirier, respectfully requests judgment be entered against Defendant, Comenity LLC d/b/a Comenity Bank for the following:

A) Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B).

B)  Statutory damages of $1,500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C).

C)  All court costs, witness fees and other fees incurred.

D)  Any other relief that this Honorable Court deems appropriate.

                RESPECTFULLY SUBMITTED,
                The Plaintiff,
                By His Attorneys,

By:/s/ David R. Jackowitz
David R. Jackowitz, B.B.O. No. 567279
Scott D. Carman, B.B.O. No. 672469
Shaevel & Krems, LLP
141 Tremont Street
Boston, MA 02111
Telephone: (617) 556-0244
Fax: (617) 556-0284
djackowitz@shaevelkrems.com
scarman@shaevelkrems.com
Attorneys for Plaintiff

Dated: August 7, 2015